UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
John Ricciardi, et al,

                    Plaintiff(s),

      -against-

The Kimco Corporation, et al.
                    Defendant(s).
----------------------------------------------------------------X

**SCHEDULING ORDER**
CV 10-5371 (JS)(ARL)

**LINDSAY, Magistrate Judge:**
The following pretrial schedule is adopted:

**July 20, 2011:** Deadline for commencement of motion practice for joinder of additional parties or amendment of pleadings.

**October 20, 2011:** All discovery, inclusive of expert discovery, to be concluded.

**November 3, 2011:** Any party planning on making a dispositive motion must take the first step in the motion process by this date or risk forfeiting the right to make such a motion. Parties are directed to consult the district judge's individual rules regarding such motion practice.

**November 15, 2011:** Final conference before the undersigned at **11:00 a.m.** Parties are to electronically file a joint proposed pretrial order in compliance with the district judge's individual rules, signed by counsel for each party, prior to the conference. The parties are expected to undertake settlement discussions prior to this conference. Clients or other persons with full settlement authority must be available by telephone for any continuing settlement discussions with the Court.

      This scheduling order will be modified by the Court only upon a timely showing of good cause. Any request for modification of this scheduling order must be in writing, and submitted in accordance with the undersigned's Individual Rule 1 (D).

      All parties are advised that they are under a continuing obligation to keep the Court apprised of any changes in their contact information including, but not limited to, their addresses.

Dated: Central Islip, New York
      April 5, 2011

SO ORDERED:
          S/
ARLENE ROSARIO LINDSAY
United States Magistrate Judge