UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOHN RICCIARDI, CALIXTO GARCÍA, JESUS RODRIGUEZ,    :
MILTON AYALA, PORFIRIO ARRIOLA, CALIXTO    :
PERLERA and JOSÉ ROBERTO VÁSQUEZ,    :
                                                    :
                                Plaintiffs,    :
                                                    :
                                                    :
            v.    :    CV-10-5371 (JS-ARL)
                                                    :
KIMCO FACILITIES SERVICES CORPORATION, EUREST    :
SERVICES, INC. and COMPASS GROUP USA INC.,    :
                                                    :
                                Defendants.    :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y

★   MAR 07 2012   ★

LONG ISLAND OFFICE

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Brian D. Murphy of the law firm Seyfarth Shaw LLP

hereby withdraws his appearance as counsel for Defendants in the above-captioned action.

Dated: New York, New York
        March 2, 2012

                        SEYFARTH SHAW LLP

                        By  s/ Brian D. Murphy
                            Brian D. Murphy
                        620 Eighth Avenue
                        New York, New York 10018
                        (212) 218-5500

                        *Attorneys for Defendants*

The Clerk Shall update the docket.

SO ORDERED:

/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: 3-7-12
       Central Islip, NY

13375656v.1