UNITED STATES DISTRICT OF NEW YORK
EASTERN DISTRICT OF NEW YORK

---------------------------------------- x
JOHN RICCIARDI, CALIXTO GARCÍA, JESUS RODRIGUEZ, :
MILTON AYALA, PORFIRIO ARRIOLA, CALIXTO :
PERLERA and JOSÉ ROBERTO VÁSQUEZ, :
:
                        Plaintiffs, :
:
v. : CV-10-5371 (JS-ARL)
:
THE KIMCO CORPORATION, KIMCO FACILITIES :
SERVICES CORPORATION, KIMCO DELAWARE, INC., :
EUREST SERVICES, INC. and COMPASS GROUP USA INC., :
:
                        Defendants. :
---------------------------------------- x

## STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and between plaintiff Porfirio Arriola ("Arriola") and defendants The Kimco Corporation, Kimco Facilities Services Corporation, Eurest Services, Inc. and Compass Group USA Inc. (collectively, the "Defendants"), through their respective counsel, that any and all retaliation claims asserted by Arriola in the Complaint are dismissed with prejudice and without costs against him or Defendants.

Dated: New York, New York
       April 4, 2012

                                  Respectfully submitted,

| LAW OFFICES OF IAN WALLACE, PLLC | SEYFARTH SHAW LLP |
|---|---|
| By _____ | By _____ |
| Ian Wallace | Edward Cerasia II |
| 501 Fifth Avenue, 19th Floor | 620 Eighth Avenue, 32nd Floor |
| New York, New York 10017 | New York, New York 10018 |
| (212) 661-5306 | (212) 218-5500 |
| Attorney for Plaintiff | Attorneys for Defendants |

Dated: Central Islip, New York
       April ___, 2012

SO ORDERED:


_____
       Joanna Seybert
  United States District Judge