UNITED STATES DISTRICT OF NEW YORK
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
JOHN RICCIARDI, CALIXTO GARCÍA, JESUS RODRIGUEZ, :
MILTON AYALA, PORFIRIO ARRIOLA, CALIXTO :
PERLERA and JOSÉ ROBERTO VÁSQUEZ, :
:
　　　　　　　　　　　　　　　　Plaintiffs, :
:
v. :  CV-10-5371 (JS-ARL)
:
THE KIMCO CORPORATION, KIMCO FACILITIES :
SERVICES CORPORATION, KIMCO DELAWARE, INC., :
EUREST SERVICES, INC. and COMPASS GROUP USA INC., :
:
　　　　　　　　　　　　　　　　Defendants. :
------------------------------------------------------------- x

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ APR 20 2012 ★
LONG ISLAND OFFICE

## STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and between plaintiff Porfirio Arriola ("Arriola") and defendants The Kimco Corporation, Kimco Facilities Services Corporation, Eurest Services, Inc. and Compass Group USA Inc. (collectively, the "Defendants"), through their respective counsel, that any and all retaliation claims asserted by Arriola in the Complaint are dismissed with prejudice and without costs against him or Defendants.

Dated: New York, New York
　　　　April 4, 2012

　　　　　　　　　　　　　　　Respectfully submitted,

LAW OFFICES OF IAN WALLACE, PLLC　　　　　SEYFARTH SHAW LLP

By _____　　　　　　　By _Edward Cerasia II_
　　Ian Wallace　　　　　　　　　　　　　　　　　Edward Cerasia II
501 Fifth Avenue, 19th Floor　　　　　　　　　620 Eighth Avenue, 32nd Floor
New York, New York 10017　　　　　　　　　New York, New York 10018
(212) 661-5306　　　　　　　　　　　　　　　(212) 218-5500
Attorney for Plaintiff　　　　　　　　　　　　Attorneys for Defendants

The Clerk shall update the docket.

SO ORDERED:
/s/ JOANNA SEYBERT
_____
Joanna Seybert. USDJ
Dated: 4-20-12
Central Islip, NY