UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X     ECF CASE

JOHN RICCIARDI, CALIXTO GARCÍA,
JESUS RODRIGUEZ, MILTON AYALA,     10 CV 5371 (JS)(ARL)
PORFIRIO ARRIOLA, CALIXTO PERLERA
and JOSE ROBERTO VASQUEZ,

                             Plaintiffs,

          v.

KIMCO FACILITIES SERVICES CORPORATION,
EUREST SERVICES, INC. and COMPASS GROUP,

                             Defendants.
-------------------------------------------------------------------X

## Notice of Change of Address

Please take notice that henceforth Lauren Goldberg, co-counsel for Plaintiffs, can be contacted at the following address:  Law Offices of Lauren Goldberg PLLC, 204 West 84th Street, New York, New York 10024.  Telephone:  (646) 452-8380/Facsimile:  (646) 452-8663/Email: lg@lgoldberglaw.com.

Dated:       New York, New York
               August 9, 2012

                             **LAW OFFICES OF LAUREN GOLDBERG, PLLC**

                By:     _____/s/_____
                           LAUREN GOLDBERG (LG: 9890)
                           Attorney for Plaintiffs
                           204 West 84th Street
                           New York, N.Y. 10024
                           (646) 452-8380