```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
JOHN RICCIARDI, CALIXTO GARCIA, JESUS
RODRIGUEZ, MILTON AYALA, PORFIRIO
ARRIOLA, CALIXTO PERLERA and ROBERTO
VASQUEZ,

                      Plaintiffs,          MEMORANDUM & ORDER
                                           10-CV-5371(JS)(ARL)
          -against-

KIMCO FACILITIES SERVICES CORPORATION,
EUREST SERVICES, INC. and COMPASS
GROUP USA INC.,

                      Defendants.
----------------------------------------X
APPEARANCES
For Plaintiffs:    Ian F. Wallace, Jr., Esq.
                   Law Offices of Ian Wallace PLLC
                   501 Fifth Avenue, 19th Floor
                   New York, NY 10017

                   Lauren Goldberg, Esq.
                   Law Offices of Lauren Goldberg, PLLC
                   204 West 84th Street
                   New York, NY 10024

For Defendants:    Brian Daniel Murphy, Esq.
                   Howard M. Wexler, Esq.
                   Frederick Thomas Smith, Esq.
                   Seyfarth Shaw LLP
                   620 Eighth Avenue
                   New York, NY 10018

                   Edward Cerasia, II, Esq.
                   Ogletree Deakins Nash Smoak & Stewart, P.C.
                   1745 Broadway, 22nd Floor
                   New York, NY 10019
```

SEYBERT, District Judge:

Pending before the Court is Magistrate Judge Arlene Lindsay's Report and Recommendation ("R&R"), issued on June 12,

2012. For the following reasons, this Court ADOPTS this R&R in its entirety.

## BACKGROUND

Plaintiffs Calixto Perlera, Porfirio Arriola, Jesus Rogriguez, Roberto Vásquez, and Calixto Garcia (collectively "Plaintiffs") assert claims for denial of minimum wage and overtime pay pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201 et seq., and New York Labor Law, §§ 190 and 215, et seq. On April 26, 2012, Plaintiffs wrote to the Court, addressing their letter to Judge Lindsay, requesting that they be permitted to amend the Complaint. (Docket Entry 25.) By Order dated May 21, 2012, the Court ordered the parties to file a motion to amend the Complaint, and on June 12, 2012 Judge Lindsay issued a Report and Recommendation ("R&R") recommending that Plaintiff's motion to amend the Complaint be denied. (Docket Entry 30.)

## DISCUSSION

Objections were due within fourteen (14) days of the date of the R&R. The time for filing objections has expired, and no party has objected. Accordingly, all objections are hereby deemed to have been waived.

Upon careful review and consideration, the Court finds Judge Lindsay's R&R to be comprehensive, well-reasoned and free

2

of clear error, and it ADOPTS the R&R in its entirety.

                                         SO ORDERED.

                                         <u>/s/ JOANNA SEYBERT     </u>
                                         Joanna Seybert, U.S.D.J.

Dated:    January 3, 2013
           Central Islip, New York